# 08-70214  Dominguez-Sanchez v. Mukasey

| Type of Case | Notice of Appeal Date | Weight: | Case Associations |
|---|---|---|---|
| Imm Non-Asy | 01/17/08 | 1 | |
| District of Origin | OriginalJudge or Agency | | |
| Western Washington | BIA | | |

Nelson Dominguez-Sanchez, native and citizen of El Salvador

denial of application for Temporary Protected Status; conviction of felony, possession of methamphetamine, in violation of Rev. Code of Washington, § 69.50.401(d)
8 C.F.R. § 1244.1

government: failure to exhaust administrative remedies on claim that BIA lacks authority to order removal in the first instance

Petitioner's counsel: Glen Prior
Electronic record

| | **Attorney** | **Date** | **Closed Date** |
|---|---|---|---|
| al | H. Rand | 12/03/08 | |